DAVID LOPEZ, ESQ. DL-6779
Attorney for Plaintiff
171 Edge of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
Tel:        631.287.5520
Fax:       631.283.4735
e-Mail:   DavidLopezEsq@aol.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DEBORAH DONOGHUE,

    Plaintiff,

- against -

DEL TORO SILVER CORP.
(Formerly Known As CANDEV
RESOURCES EXPLORATION, INC.),

    Nominal Defendant,

MARK McLEARY,

    Defendant.

CV-09 4069 (Bianco, J.)
(Wall, M.J.)

STIPULATION OF DISMISSAL
WITH PREJUDICE

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 09 2011 ★
LONG ISLAND OFFICE

    **IT IS HEREBY STIPULATED** by the parties through their respective attorneys that this action be dismissed with prejudice, each party to bear his, her or its costs.

Dated:  Southampton, New York
         May 9, 2011

_____
David Lopez, Esq. (DL-6779)
*Attorney for Plaintiff*

1

STIPULATION OF DISMISSAL WITH PREJUDICE
CV-09 4069 (Bianco, J.)
(Wall, M.J.)

Dated: New York, New York
May 9, 2011

James N. Klatsky, Esq. (JL- )
*Attorney for Defendant and
for Nominal Defendant*
115 Broadway, Suite 1505
New York, New York 10006
212.227.2147

The Clerk of the Court shall close the case.

SO ORDERED:

Joseph F. Bianco, U.S.D.J.
Central Islip, New York
May 9, 2011

2